

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACEY HECTOR MARRERO, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | |
| BRIAN COLEMAN, et al., | : | No. 14-6231 |
| Respondents. | : | |

**ORDER**

**HONORABLE GERALD A. MCHUGH, J.**

FILED
MAY 09 2016
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

AND NOW, this  9th  day of  May , 2016, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Petitioner's petition for a writ of habeas corpus shall continue to be STAYED and held in ABEYANCE pending the conclusion of Petitioner's state court proceedings on his petitions filed pursuant to the Pennsylvania Post-Conviction Relief Act.

3. Petitioner shall return to this Court within thirty days following the conclusion of his state court proceedings. If Petitioner does not return to federal court within that time, this stay and abeyance order will be vacated and his petition will be denied without prejudice.

4. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
GERALD A. MCHUGH
U.S. DISTRICT COURT JUDGE